UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRANCH BANKING AND TRUST )
COMPANY )
) NO. 3:11-0301
v. ) JUDGE SHARP
)
FIDELITY NATIONAL TITLE )
INSURANCE COMPANY, et al. )

**O R D E R**

By Notice (Docket Entry No. 37), the Court is advised that Defendant Delaina Thompson has sought relief under Chapter 7 of the Bankruptcy Code. The Court having been duly notified, pursuant to 11 U.S.C. § 362, Plaintiffs' claims against Defendant Delaina Thompson are automatically stayed. However, this case shall proceed against remaining Defendants Fidelity National Title Insurance Company and 1st Trust Title, Inc.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE