UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRANCH BANKING AND TRUST COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. 3:11-cv-00301 |
| v. | ) ) | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, 1ST TRUST TITLE, INC., and DELAINA THOMPSON, | ) ) ) ) ) | JUDGE SHARP MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

**ORDER**

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant Fidelity National Title Insurance Company's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket Entry No. 16) is hereby DENIED. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendant SHALL FILE and SERVE its responsive pleading within fourteen (14) days after receiving notice of this Court's decision.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE