UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY ) ) ) ) v. ) ) FIDELITY NATIONAL TITLE ) COMPANY, et al., ) | NO. 3:11-0301 JUDGE SHARP |

## O R D E R

Pending before the Court are several motions in *limine* (Docket Entry Nos. 94, 96, and 98) filed by the defendant. The motions are hereby DENIED at this time, with the right to refile any necessary motions at an appropriate time closer to the trial date.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE